IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

TORGER MCRAE                                                                                          PLAINTIFF

v.                                           Civil No. 1:18-CV-01018

CAMERON OWENS, Administrator
Ouachita County Detention Center                                                              DEFENDANT

## JUDGMENT

For the reasons stated in the Memorandum Opinion of even date, Defendant Cameron Owens' Motion for Summary Judgment (ECF No. 39) is hereby **GRANTED**.

Plaintiff's condition of confinement claims based on cracked dinner trays put on the floor during chow, no rags or bottles provided to sanitize the bathroom, and hot food being served cold are **DISMISSED WITHOUT PREJUDICE.** All other claims against Defendant Owens are **DISMISSED WITH PREJUDICE.**

All of Plaintiff's claims against all Defendants have now been dismissed. This case is **DISMISSED** in toto.

**IT IS SO ORDERED,** this 19th day of March 2019.

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE